People v Thomas

2026 NY Slip Op 03245

May 21, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Nakei Thomas, Defendant-Appellant.

Decided and Entered: May 21, 2026

Ind No. 1428/18|Appeal No. 6680|Case No. 2020-01749|

Before: Kennedy, J.P., Scarpulla, Mendez, Rosado, JJ.

Twyla Carter, The Legal Aid Society, New York (Robin Richardson of counsel), for appellant.

[*1]

Judgment, Supreme Court, Bronx County (Albert Lorenzo, J.), rendered January 28, 2020, unanimously affirmed.

Application by defendant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 21, 2026